UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO JAVIER GONZALEZ,<br><br>        Plaintiff,<br><br>    v.<br><br>S. SOLO, et al.,<br><br>        Defendants. | Case No. 24-cv-05785-DMR (PR)<br><br>**ORDER OF TRANSFER** |

    Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. 1. Plaintiff has also filed a completed *in forma pauperis* application. Dkt. 2.

    Plaintiff's claims stem from alleged constitutional violations that occurred at Pleasant Valley State Prison in Fresno County, which lies within the venue of the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

    Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[1] The Clerk of the Court shall transfer the case forthwith.

    If Plaintiff wishes to further pursue this action, he must complete the *in forma pauperis* application required by the United States District Court for the Eastern District of California and mail it to that district.

    All pending motions are TERMINATED on this court's docket as no longer pending in this district.

    IT IS SO ORDERED.

Dated: January 2, 2025

DONNA M. RYU
Chief Magistrate Judge

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).