UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO JAVIER GONZALEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>S. SOLO, *et al.*,<br><br>    Defendants. | Case No.: 1:25-cv-00009-JLT-CDB<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANTS AS MOOT<br><br>(Doc. 11) |

Plaintiff Alejandro Javier Gonzalez ("Plaintiff") is proceeding pro se and *in forma pauperis* ("IFP") in this action pursuant to 42 U.S.C. § 1983. On February 3, 2025, Plaintiff filed a motion for extension of time to serve Defendants and file proof thereof. (Doc. 11). In his motion, Plaintiff represents that his "mail is being given to him later than normal," that he "was rehoused to … [r]estricted housing," and as a result, his mail and access to the law library is delayed. *Id.* at 2.

The Court is required to screen Plaintiff's complaint pursuant to 28 U.S.C. § 1915 prior to service of the complaint. As explained in the Court's first informational order (Doc. 6-2), a pro se plaintiff may not proceed with such a legal action until the Court screens the complaint and finds that it states a cognizable claim for relief. *Id.* at 3. Because Plaintiff is a prisoner appearing pro se and IFP, his complaint is subject to screening and he may not proceed in this case until the screening is complete. 28 U.S.C. § 1915(e)(2).

The Court has not yet screened the complaint and will do so in due course. If the Court

finds that the complaint states a cognizable claim for relief, it will direct service on the appropriate defendants at that time. *See* (Doc. 6-2).

**Conclusion and Order**

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for extension of time to serve Defendants (Doc. 11) is DENIED.

IT IS SO ORDERED.

Dated:   **February 5, 2025**

UNITED STATES MAGISTRATE JUDGE