UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO JAVIER GONZALEZ,<br><br>              Plaintiff,<br><br>     v.<br><br>S. SOLO, *et al.*,<br><br>              Defendants. | Case No.: 1:25-cv-00009-JLT-CDB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT<br><br>(Doc. 29)<br><br>**June 22, 2026, Deadline** |

Plaintiff Alejandro Javier Gonzalez is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

**Background**

On August 23, 2024, Plaintiff initiated this action with the filing of a complaint. (Doc. 1). On June 12, 2025, the Court issued its first screening order, finding that Plaintiff failed to plead any cognizable claims and granting leave to amend to cure the deficiencies to the extent Plaintiff is able to do so in good faith. *See* (Doc. 20). Plaintiff filed his first amended complaint on July 15, 2025. (Doc. 23). The Court issued its second screening order on April 14, 2026, finding that Plaintiff again failed to plead any cognizable claims and granting leave to amend. Pursuant to the screening order, Plaintiff has 30 days from the date of service to file any second amended complaint (*i.e.*, no later than May 18, 2026). *Id.* at 12.

Pending before the Court is Plaintiff's request for an extension of time to file a second

amended complaint. (Doc. 29). Briefly stated, Plaintiff asks for additional time to properly review the Court's order and prepare an amended complaint. *See id.*

For good cause appearing, the Court will grant Plaintiff's request for an extension of time to file a second amended complaint.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for an extension of time within which to file a second amended complaint (Doc. 29) is GRANTED. Plaintiff SHALL file any amended pleadings no later than **June 22, 2026**.

IT IS SO ORDERED.

Dated:    **May 13, 2026**    _____

UNITED STATES MAGISTRATE JUDGE

2